IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| BEN WEISFELD, RANDY ALEXANDER, LINDA TUCKER, KEVIN BROWN, RICHARG GUARDINO, and MEMPHIS CENTER FOR INDEPENDENT LIVING<br><br>Plaintiffs, individually and on behalf of all others similarly situated<br><br>v.<br><br>FEDERAL EXPRESS CORPORATION, and DOES 1-25 inclusive,<br><br>Defendants. | Case No. 2:22-cv-02133-JPM-atc |

## ORDER OF DISMISSAL

Before the Court is the Stipulation of Dismissal with Prejudice, filed by the Parties on September 15th, 2023. (ECF No. 50.) The Parties have reached a resolution in this matter. Accordingly, pursuant to the Stipulation of Dismissal and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims between the parties in connection with this matter are hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 19th day of September, 2023.

/s/ Jon P. McCalla
JON P. McCALLA
UNITED STATES DISTRICT JUDGE